**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Bernice Williams, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:09-cv-319 |
| v. | : | Judge Marbley |
| City of Columbus, | : | Magistrate Judge Abel |
| Defendant | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the July 16, 2009 Order, the amended complaint is hereby **DISMISSED** for failure to state a claim under 42 U.S.C. §1983. **Judgment** is entered for defendant City of Columbus. This action is hereby **DISMISSED.**

Date: **July 16, 2009**          **James Bonini, Clerk**

                                                s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk